UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FREEPLAY MUSIC LLC,

                        Plaintiff,

       - against -

M-1 GLOBAL, M-1GLOBAL.COM, M-1 AMERICA,
AFFLICTION ENTERTAINMENT GROUP, LLC, and
AFFLICTION, INC.,

                       Defendants.
------------------------------------------------------------------x

Index No.

**COMPLAINT**

ECF Case

Plaintiff Freeplay Music LLC, by its attorney, Christopher Serbagi, Esq. for its Complaint against the above-named Defendants, alleges as follows:

## NATURE OF ACTION

1.     This is an action for federal copyright infringement arising from the Defendants' willful infringement of Plaintiff's copyrighted musical works.

## JURISDICTION AND VENUE

2.     This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, and 1338.

3.     This Court has personal jurisdiction over the Defendant pursuant to C.P.L.R. § 302.

4.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c).

## **THE PARTIES**

5. Plaintiff Freeplay Music L.L.C. ("Freeplay") is a New York corporation, whose principal place of business is 1650 Broadway, New York, New York 10019.

6. Upon information and belief, Defendant M-1 GLOBAL is a California entity, with its principal place of business at 8383 Wilshire Boulevard, Ste. 230, Beverly Hills, California, 90211.

7. Upon information and belief, Defendant M-1Global.com is a California entity, with its principal place of business at 8383 Wilshire Boulevard, Ste. 230, Beverly Hills, California, 90211.

8. Upon information and belief, M-1 America is a California entity, with its principal place of business at 8383 Wilshire Boulevard, Ste. 230, Beverly Hills, California, 90211.

9. Upon information and belief, Defendant Affliction Entertainment Group, LLC is a California Limited Liability Corporation with a principal place of business at 1799 Apollo Ct., Seal Beach, California 90740.

10. Upon information and belief, Defendant Affliction, Inc. is a California corporation with a principal place of business at 1799 Apollo Ct., Seal Beach, California 90740.

## **ALLEGATIONS COMMON TO ALL COUNTS**

11. Among other things, Freeplay offers an on-line music library, which is a comprehensive collection of music spanning all the popular musical genres, available for preview, download and licensing.

12. Freeplay owns copyright registrations for approximately five thousand musical compositions and sound recordings (collectively, the "Sound Recordings") and has approximately sixty-two million impressions to the freeplaymusic.com website.

13. On information and belief, Defendants M-1 Global, M-1Global.com and M-1 America (collectively M-1) organized and planned to hold a Mixed Martial Arts Event ("MMA") between Fedor Emelianenko and Josh Barnett, scheduled for August 1, 2009 (the "MMA Event"), but was reportedly cancelled because Josh Barnet allegedly tested positive in the pre-screening drug test.

**The Infringing Commercial**

14. On information and belief, Defendants M-1 hired Affliction Entertainment Group, LLC and Affliction, Inc. (collectively "Affliction") to produce a television commercial that would promote the MMA Event.

15. From at least July 20, 2009 to June 25, 2009, Defendants have caused to be broadcast, without proper authorization, Freeplay's copyrighted song "Legion" on at least 412 different occasions in a commercial to promote the MMA Event (the "Infringing Commercial"). Freeplay's song "Legion" is protected by copyright registration No. SR 374-845. A true and correct copy of this registration certificate is attached hereto at Exhibit A.

16. Defendants caused their Infringing Commercial to be shown on numerous national television stations, including the Discovery Channel, CNN, TNT, FOX, AMC, BRAVO, and others. Because the Defendants knew that those infringing productions would reach viewers in New York and that Freeplay would be damaged in New York as a result, all of the Defendants are subject to personal jurisdiction in this district.

17. On information and belief, Defendants have also likely caused to be broadcast Freeplay's copyrighted music on numerous additional infringing commercials on various local channels, which infringements Freeplay is currently investigating.

18. By letter dated September 11, 2009, Freeplay Music sent a cease and desist and demand letter to Defendant M-1, which letter generally identified the infringements set forth herein. The parties were not able to resolve the concerns that Freeplay identified in this letter.

19. On information and belief, the Defendants knew that they had no authorization to use Freeplay's copyright songs, but chose to do so anyway.

20. The extent of the Defendants' infringement of Freeplay's copyrighted music and the resulting damage to Freeplay caused by the Defendants' unlawful conduct is not yet known.

## CAUSES OF ACTION AGAINST ALL DEFENDANTS

### (FEDERAL COPYRIGHT INFRINGEMENT)

21. Plaintiff repeats and re-alleges the allegations set forth in paragraphs 1 through 20, as if fully set forth herein.

22. As a result of the foregoing acts, Defendants have willfully and intentionally infringed Plaintiff's federal copyrights as set forth herein, all in violation of 17 U.S.C. § 501.

WHEREFORE, Plaintiff demands:

(i) For statutory damages, lost profits, or any other damages provided by law.

(ii) For increased damages due to willful infringement per infringed work as provided by law.

(iii) For its reasonable attorney's fees and costs.

(iv) For such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 23, 2009

                              LAW OFFICES OF CHRISTOPHER SERBAGI

                              By: _____
                              Christopher Serbagi, Esq.
                              488 Madison Avenue, Suite 1120
                              New York, New York  10022
                              Tele: (212) 593-2112
                              Fax: (212) 308-8582

                              Attorney for the Plaintiff Freeplay Music L.L.C.

# Ex. A

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 374-845

EFFECTIVE DATE OF REGISTRATION

1 23 06
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

FREEPLAY MUSIC CORP/DVD #2

PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼

SEE ATTACHED CONTINUATION SHEET

**2 a** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ U.S.A. / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

SOUND RECORDING AND MUSIC

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED

2003 ◀ Year — This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK — Complete this information ONLY if this work has been published.

Month ▶ 6 Day ▶ 1 Year ▶ 03

United States of America ◀ Nation

**4 a** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FREEPLAY MUSIC CORP.
1650 BROADWAY, 1108
NEW YORK, N.Y. 10019

See instructions before completing this space.

**b** TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED JAN 23 2006

ONE DEPOSIT RECEIVED

JAN 23 2006

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 4 pages

EXAMINED BY | FORM SR

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
a

See instructions before completing this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼
a

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
b Scott P. Schreer
Freeplay Music Corp
1650 Broadway 1108
NY, NY 10019

Area code and daytime telephone number 212-974-0548 Fax number 212-664-7737
Email scott@freeplaymusic.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Scott P. Schreer
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Scott P. Schreer Date 1/5/06

Handwritten signature (X) ▼
X [signature]

**9** Certificate will be mailed in window envelope to this address

Name ▼ FREEPLAY MUSIC CORP.
Number/Street/Apt ▼ 1650 Broadway, 1108
City/State/ZIP ▼ N.Y. N.Y. 10019

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office - SR
101 Independence Avenue, S.E.
Washington, D.C. 20559-6237

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: July 2003—100,000 Web Rev: July 2003 ♻ Printed on recycled paper

U.S. Government Printing Office: 2003-496-606/60,0xx

# CONTINUATION SHEET
# FOR APPLICATION FORMS

Form SR/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

SR 374-845



EFFECTIVE DATE OF REGISTRATION

1  23  06
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

JAN 23 2006

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  "FREEPLAY MUSIC CORP. / DVD #2"
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  FREEPLAY MUSIC CORP.

**B** Continuation of Space 2

NAME OF AUTHOR ▼

d

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

e

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

f

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

CONTINUATION OF (Check which): ☑ Space 1   ☐ Space 4   ☐ Space 6

**C** Continuation of other Spaces

CONTENT TITLES FOR:
"FREEPLAY MUSIC CORP/DVD #2"

1. DANCE & POP VOL 2
2. DANCE & POP VOL 3
3. DANCE & POP VOL 4
4. DANCE & POP VOL 5
5. DANCE & POP VOL 6
6. DANCE & POP VOL 7

7. DARK DIMENSIONS VOL 1
8. DARK DIMENSIONS VOL 2

Certificate will be mailed in window envelope to this address:

Name: FREEPLAY MUSIC CORP.
Number/Street: 1650 Broadway, 1108
City/State/ZIP: N.Y., NY 10019

**D**

Freeplay Music Corp / DVD #2

Dance & Pop Vol 2
Dance & Pop Vol 3
Dance & Pop Vol 4
Dance & Pop Vol 5
Dance & Pop Vol 6
Dance & Pop Vol 7
Dark Dimensions Vol 1
Dark Dimensions Vol 2

| | | |
|---|---|---|
| Dance & Pop Vol. 2 w: Funk Ease | 1:01 | 4:38 |
| Dance & Pop Vol. 2 w: Funk Ease | 2:01 :30 | |
| Dance & Pop Vol. 2 w: Funk Ease | 3:01 :60 | |
| Dance & Pop Vol. 2 w: Funked | 4:01 | 3:57 |
| Dance & Pop Vol. 2 w: Funked | 5:01 :30 | |
| Dance & Pop Vol. 2 w: Funked | 6:01 :60 | |
| Dance & Pop Vol. 2 w: Give me 1 Night | 7:01 | 3:59 |
| Dance & Pop Vol. 2 w: Give me 1 Night | 8:01 :30 | |
| Dance & Pop Vol. 2 w: Give me 1 Night | 9:01 :60 | |
| Dance & Pop Vol. 2 w: I Feel | 10:01 | 3:14 |
| Dance & Pop Vol. 2 w: I Feel | 11:01 :30 | |
| Dance & Pop Vol. 2 w: I Feel | 12:01 :60 | |
| Dance & Pop Vol. 2 w: Sweetbeat | 13:01 | 4:23 |
| Dance & Pop Vol. 2 w: Sweetbeat | 14:01 :30 | |
| Dance & Pop Vol. 2 w: Sweetbeat | 15:01 :60 | |
| Dance & Pop Vol. 2 w: Come on | 16:01 | 4:22 |
| Dance & Pop Vol. 2 w: Come on | 17:01 :30 | |
| Dance & Pop Vol. 2 w: Come on | 18:01 :60 | |
| Dance & Pop Vol. 2 w: Passion Within | 19:01 | 3:38 |
| Dance & Pop Vol. 2 w: Passion Within | 20:01 :30 | |
| Dance & Pop Vol. 2 w: Passion Within | 21:01 :60 | |

| Title | Track | Length |
|---|---|---|
| Dance & Pop Vol. 3 w Tonite | 1:01 | 3:59 |
| Dance & Pop Vol. 3 w Tonite | 2:01 :30 | |
| Dance & Pop Vol. 3 w Tonite | 3:01 :60 | |
| Dance & Pop Vol. 3 w Again | 4:01 | 2:35 |
| Dance & Pop Vol. 3 w Again | 5:01 :30 | |
| Dance & Pop Vol. 3 w Again | 6:01 :60 | |
| Dance & Pop Vol. 3 w Get Up | 7:01 | 3:25 |
| Dance & Pop Vol. 3 w Get Up | 8:01 :30 | |
| Dance & Pop Vol. 3 w Get Up | 9:01 :60 | |
| Dance & Pop Vol. 3 w One More Time | 10:01 | 2:00 |
| Dance & Pop Vol. 3 w One More Time | 11:01 :60 | |
| Dance & Pop Vol. 3 w Feels Like Spring | 12:01 | 3:05 |
| Dance & Pop Vol. 3 w Feels Like Spring | 13:01 :30 | |
| Dance & Pop Vol. 3 w Feels Like Spring | 14:01 :60 | |
| Dance & Pop Vol. 3 w Take Me Higher | 15:01 | 3:17 |
| Dance & Pop Vol. 3 w Take Me Higher | 16:01 :30 | |
| Dance & Pop Vol. 3 w Take Me Higher | 17:01 :60 | |
| Dance & Pop Vol. 3 w Alright | 18:01 | 2:39 |
| Dance & Pop Vol. 3 w Alright | 19:01 :30 | |
| Dance & Pop Vol. 3 w Alright | 20:01 :60 | |

| | | | |
|---|---|---|---|
| Dance & Pop Vol 4 | Digital Dusting | trk 1 | :60 |
| Dance & Pop Vol 4 | Fallout | trk 2 | :60 |
| Dance & Pop Vol 4 | Fine Sine | trk 3 | :60 |
| Dance & Pop Vol 4 | From The Hip | trk 4 | :60 |
| Dance & Pop Vol 4 | Within The Wind | trk 5 | :60 |
| Dance & Pop Vol 4 | Play(er) | trk 6 | :60 |
| Dance & Pop Vol 4 | Retro Petro | trk 7 | :60 |
| Dance & Pop Vol 4 | Stereo Kicks | trk 8 | :60 |
| Dance & Pop Vol 4 | Sugar Step | trk 9 | :60 |
| Dance & Pop Vol 4 | Swing(er) | trk 10 | :60 |
| Dance & Pop Vol 4 | Thunk Tank | trk 11 | :60 |
| Dance & Pop Vol 4 | West Side | trk 12 | :60 |
| Dance & Pop Vol 4 | Digital Dusting | trk 13 | :30 |
| Dance & Pop Vol 4 | Fallout | trk 14 | :30 |
| Dance & Pop Vol 4 | Fine Sine | trk 15 | :30 |
| Dance & Pop Vol 4 | From The Hip | trk 16 | :30 |
| Dance & Pop Vol 4 | Within The Wind | trk 17 | :30 |
| Dance & Pop Vol 4 | Play(er) | trk 18 | :30 |
| Dance & Pop Vol 4 | Retro Petro | trk 19 | :30 |
| Dance & Pop Vol 4 | Stereo Kicks | trk 20 | :30 |
| Dance & Pop Vol 4 | Sugar Step | trk 21 | :30 |
| Dance & Pop Vol 4 | Swing(er) | trk 22 | :30 |
| Dance & Pop Vol 4 | Thunk Tank | trk 23 | :30 |
| Dance & Pop Vol 4 | West Side | trk 24 | :30 |

| | | | |
|---|---|---|---|
| Dance & Pop Vol 5 | Across The Beat | Trk 1 | 1:10 |
| Dance & Pop Vol 5 | Come Up | Trk 2 | :56 |
| Dance & Pop Vol 5 | Cool Jungle | Trk 3 | 1:04 |
| Dance & Pop Vol 5 | Left Handed | Trk 4 | 1:01 |
| Dance & Pop Vol 5 | Slow Dancer | Trk 5 | 1:06 |
| Dance & Pop Vol 5 | Time Pulse | Trk 6 | 1:03 |
| Dance & Pop Vol 5 | Across The Beat | Trk 7 | :30 |
| Dance & Pop Vol 5 | Come Up | Trk 8 | :30 |
| Dance & Pop Vol 5 | Cool Jungle | Trk 9 | :30 |
| Dance & Pop Vol 5 | Left Handed | Trk 10 | :30 |
| Dance & Pop Vol 5 | Slow Dancer | Trk 11 | :30 |
| Dance & Pop Vol 5 | Time Pulse | Trk 12 | :30 |

| | | | |
|---|---|---|---|
| Dance & Pop Vol 6 | Swing | Trk 1 | :60 |
| Dance & Pop Vol 6 | Sumbia | Trk 2 | :60 |
| Dance & Pop Vol 6 | So.What | Trk 3 | :60 |
| Dance & Pop Vol 6 | Ibiza Sky | Trk 4 | :60 |
| Dance & Pop Vol 6 | Good Time | Trk 5 | :60 |
| Dance & Pop Vol 6 | 912 Players | Trk 6 | :60 |
| Dance & Pop Vol 6 | 2 Groove | Trk 7 | :60 |
| Dance & Pop Vol 6 | Play | Trk 8 | :60 |
| Dance & Pop Vol 6 | Swing | Trk 9 | :30 |
| Dance & Pop Vol 6 | Sumbia | Trk 10 | :30 |
| Dance & Pop Vol 6 | So What | Trk 11 | :30 |
| Dance & Pop Vol 6 | Ibiza Sky | Trk 12 | :30 |
| Dance & Pop Vol 6 | Good Time | Trk 13 | :30 |
| Dance & Pop Vol 6 | 912 Players | Trk 14 | :30 |
| Dance & Pop Vol 6 | 2 Groove | Trk 15 | :30 |
| Dance & Pop Vol 6 | Play | Trk 16 | :30 |

| | | | |
|---|---|---|---|
| 1113 Dance & Pop Vol 7 | Bouncy Vibes | trk 1 | 1:00 |
| 1114 Dance & Pop Vol 7 | Chinese Flute | trk 2 | 1:00 |
| 1115 Dance & Pop Vol 7 | Dancehall Guitar | trk 3 | 1:00 |
| 1116 Dance & Pop Vol 7 | Flute Banger | trk 4 | 1:00 |
| 1117 Dance & Pop Vol 7 | Jazzed Out | trk 5 | 1:00 |
| 1118 Dance & Pop Vol 7 | Kissed Out | trk 6 | 1:00 |
| 1119 Dance & Pop Vol 7 | More Cowbell | trk 7 | 1:00 |
| 1120 Dance & Pop Vol 7 | So Cold | trk 8 | 1:00 |
| 1121 Dance & Pop Vol 7 | Bouncy Vibes | trk 9 | :30 |
| 1122 Dance & Pop Vol 7 | Chinese Flute | trk 10 | :30 |
| 1123 Dance & Pop Vol 7 | Dancehall Guitar | trk 11 | :30 |
| 1124 Dance & Pop Vol 7 | Flute Banger | trk 12 | :30 |
| 1125 Dance & Pop Vol 7 | Jazzed Out | trk 13 | :30 |
| 1126 Dance & Pop Vol 7 | Kissed Out | trk 14 | :30 |
| 1127 Dance & Pop Vol 7 | More Cowbell | trk 15 | :30 |
| 1128 Dance & Pop Vol 7 | So Cold | trk 16 | :30 |

| Album | Track Name | Track | Length |
|---|---|---|---|
| Dark Dimensions Vol 1 | Behind The Looking Glass | trk 1 | 1:11 |
| Dark Dimensions Vol 1 | Dark Nightmare | trk 2 | 1:21 |
| Dark Dimensions Vol 1 | Demented Dreams | trk 3 | 1:20 |
| Dark Dimensions Vol 1 | Dreamscape | trk 4 | 1:20 |
| Dark Dimensions Vol 1 | Eerie Angel | trk 5 | 2:13 |
| Dark Dimensions Vol 1 | Final Sacrafice | trk 6 | 2:52 |
| Dark Dimensions Vol 1 | Haunted By Voices | trk 7 | 1:39 |
| Dark Dimensions Vol 1 | In Rememberance | trk 8 | 4:31 |
| Dark Dimensions Vol 1 | Morbid Fantasy | trk 9 | 1:27 |
| Dark Dimensions Vol 1 | Resonant Evil | trk 10 | 3:19 |
| Dark Dimensions Vol 1 | Midnight March | trk 11 | :60 |
| Dark Dimensions Vol 1 | Behind The Looking Glass | trk 12 | :60 |
| Dark Dimensions Vol 1 | Dark Nightmare | trk 13 | :60 |
| Dark Dimensions Vol 1 | Demented Dreams | trk 14 | :60 |
| Dark Dimensions Vol 1 | Dreamscape | trk 15 | :60 |
| Dark Dimensions Vol 1 | Eerie Angel | trk 16 | :60 |
| Dark Dimensions Vol 1 | Final Sacrafice | trk 17 | :60 |
| Dark Dimensions Vol 1 | Haunted By Voices | trk 18 | :60 |
| Dark Dimensions Vol 1 | In Rememberance | trk 19 | :60 |
| Dark Dimensions Vol 1 | Morbid Fantasy | trk 20 | :60 |
| Dark Dimensions Vol 1 | Resonant Evil | trk 21 | :60 |
| Dark Dimensions Vol 1 | Behind The Looking Glass | trk 22 | :30 |
| Dark Dimensions Vol 1 | Dark Nightmare | trk 23 | :30 |
| Dark Dimensions Vol 1 | Demented Dreams | trk 24 | :30 |
| Dark Dimensions Vol 1 | Dreamscape | trk 25 | :30 |
| Dark Dimensions Vol 1 | Eerie Angel | trk 26 | :30 |
| Dark Dimensions Vol 1 | Final Sacrafice | trk 27 | :30 |
| Dark Dimensions Vol 1 | Haunted By Voices | trk 28 | :30 |
| Dark Dimensions Vol 1 | In Rememberance | trk 29 | :30 |
| Dark Dimensions Vol 1 | Morbid Fantasy | trk 30 | :30 |
| Dark Dimensions Vol 1 | Resonant Evil | trk 31 | :30 |
| Dark Dimensions Vol 1 | Midnight March | trk 32 | :30 |

| | | | |
|---|---|---|---|
| Dark Dimensions Vol 2 | All In All | Trk 1 | 2:20 |
| Dark Dimensions Vol 2 | Conspiracy | Trk 2 | 2:40 |
| Dark Dimensions Vol 2 | Deserted | Trk 3 | 2:48 |
| Dark Dimensions Vol 2 | Liar | Trk 4 | 2:15 |
| Dark Dimensions Vol 2 | Legion | Trk 5 | 2:43 |
| Dark Dimensions Vol 2 | Spirit | Trk 6 | 2:12 |
| Dark Dimensions Vol 2 | The Rising | Trk 7 | 2:20 |
| Dark Dimensions Vol 2 | Universe | Trk 8 | 2:06 |
| Dark Dimensions Vol 2 | All In All | Trk 9 | :60 |
| Dark Dimensions Vol 2 | Conspiracy | Trk 10 | :60 |
| Dark Dimensions Vol 2 | Deserted | Trk 11 | :60 |
| Dark Dimensions Vol 2 | Liar | Trk 12 | :60 |
| Dark Dimensions Vol 2 | Legion | Trk 13 | :60 |
| Dark Dimensions Vol 2 | Spirit | Trk 14 | :60 |
| Dark Dimensions Vol 2 | The Rising | Trk 15 | :60 |
| Dark Dimensions Vol 2 | Universe | Trk 16 | :60 |
| Dark Dimensions Vol 2 | All In All | Trk 17 | :30 |
| Dark Dimensions Vol 2 | Conspiracy | Trk 18 | :30 |
| Dark Dimensions Vol 2 | Deserted | Trk 19 | :30 |
| Dark Dimensions Vol 2 | Liar | Trk 20 | :30 |
| Dark Dimensions Vol 2 | Legion | Trk 21 | :30 |
| Dark Dimensions Vol 2 | Spirit | Trk 22 | :30 |
| Dark Dimensions Vol 2 | The Rising | Trk 23 | :30 |
| Dark Dimensions Vol 2 | Universe | Trk 24 | :30 |